UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 11, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KORY B. WILLIS,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00043-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  KORY B. WILLIS, Case No.  2:22-cr-00043-JAM   Charge 18 U.S.C. § 371, from custody for the following reasons:

　　　_____ Release on Personal Recognizance

　　　__X__ Bail Posted in the Sum of $   100,000.00

　　　　　__X__ Unsecured Appearance Bond $   100,000.00.

　　　　　_____ Appearance Bond with 10% Deposit

　　　　　_____ Appearance Bond with Surety

　　　　　_____ Corporate Surety Bail Bond

　　　　　_____ (Other):

Issued at Sacramento, California on March 11, 2022 at 3:15 p.m.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE