PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

Mar 14, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-43 JAM |
| Plaintiff, | ORDER TO UNSEAL CASE |
| v. | |
| KORY B. WILLIS and POWER PERFORMANCE ENTERPRISES, INC, | |
| Defendants. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed, with one exception. The United States' Request to Seal (Dkt. No. 3), shall remain sealed, for the reasons stated therein.

Dated: March 14, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL CASE