THOMAS A. JOHNSON, #119203
MONICA A. QUINLAN #325465
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KORY WILLIS, <br><br> Defendants. | Case No.: 2:22-cr-00043-JAM <br><br> STIPULATION AND ORDER TO TEMPORARILY RETURN DEFENDANT'S PASSPORT |

Defendant Kory Willis requests that the Clerk of the District Court temporarily release Kory Willis' passport to him and his attorneys, Thomas A. Johnson and Monica A. Quinlan, for a period of no more than twenty days. Mr. Willis advised that he has an immediate need for the passport in order to renew it and avoid a significant negative impact on his business. This stipulation and order requires Mr. Willis to return his renewed passport to Pretrial Services within twenty days of its release. Mr. Willis will not use his passport to travel outside the United States. Through counsel, Mr. Willis has confirmed that Pretrial Services takes no position on this request. The United States has no objection to this request.

**IT IS SO STIPULATED.**

Dated: July 27, 2022                               /s/  Thomas A. Johnson
                                                          THOMAS A. JOHNSON
                                                          Attorney for Kory Willis

1

Dated: July 27, 2022                /s/ Monica A. Quinlan
                                                   MONICA A. QUINLAN
                                                   Attorney for Kory Willis

Dated: July 27, 2022                PHILIP A. TALBERT
                                                   United States Attorney

                                                   /s/ Katherine T. Lydon
                                                   Katherine T. Lydon
                                                   Assistant U.S. Attorney

## **ORDER**

Based upon the parties' stipulation, the Clerk of Court is ordered to temporarily return Willis' passport to him. Willis is ordered not to travel outside the United States. Willis is ordered to send his renewed passport back to the Clerk within twenty days.

**IT IS SO ORDERED.**

Dated: July 27, 2022

                                              /s/ Carolyn K. Delaney
                                          U.S. Magistrate Judge Carolyn K. Delaney